No. 01–9306. BARNES v. DEPARTMENT OF HEALTH AND HUMAN SERVICES, SACRAMENTO COUNTY. Ct. App. Cal., 3d

App. Dist. Certiorari denied. 